IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| REGAN REED, | : | CRIMINAL ACTION NO. |
| BOP Reg. #56535-019 | : | 2:05-CR-11-WCO-SSC-1 |
| Movant, | : | CIVIL ACTION NO. |
| | : | 2:11-CV-0065-WCO-SSC |
| v. | : | |
| UNITED STATES OF AMERICA, | : | MOTION TO VACATE |
| | : | 28 U.S.C. § 2255 |
| Respondent. | : | |

## **ORDER**

The captioned case is before the court for consideration of the magistrate judge's final report and recommendation ("R&R") [250] dated May 29, 2012.

Neither party has filed any objections to the R&R as permitted by statute. *See* 28 U.S.C. § 636(b)(1). The court has reviewed the record and is confident that the magistrate judge has correctly applied the relevant law to the facts of this case.

Accordingly, the R&R [250] is hereby **APPROVED and ADOPTED** as the order of this court. Therefore, for the reasons set forth in the R&R, these two motions, construed together as a single § 2255, are hereby **DISMISSED as time-barred**.

**IT IS SO ORDERED**, this 18th day of June, 2012.

s/*William C. O'Kelley*
WILLIAM C. O'KELLEY
Senior United States District Judge